**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Andres Jose Ceron-Echeverry, | ) | No. CV-08-555–PHX-FJM |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eric H. Holder, Jr., | ) | |
| U.S. Attorney General, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

By order filed on March 11, 2008, the United States Court of Appeals for the Ninth Circuit transferred consolidated petitions for review in circuit case numbers 07-73791 and 08-70632 to this court for a *de novo* hearing and decision regarding the nationality of the petitioner. Pursuant to 8 U.S.C. § 1252(b)(5)(B), we processed the case as though it had been brought under 28 U.S.C. § 2201, and set the matter for trial on June 16, 2009. On the day on which the proposed pretrial order was due to be lodged, the parties filed a "Joint Stipulation" (doc. 67) and a "Joint Motion for Declaratory Judgment" (doc. 68) in which the United States has conceded the citizenship of the petitioner. The United States states that it will issue a certificate of citizenship to the petitioner and asks the court to enter judgment declaring him to be a citizen of the United States. Joint Motion for Declaratory Judgment at 2. (Doc. 68).

1      Accordingly, pursuant to the parties' stipulation and the concession of the United
2 States, IT IS ORDERED declaring Andres Jose Ceron-Echeverry a citizen of the United
3 States. IT IS FURTHER ORDERED vacating the trial set for June 16, 2009 in this case on
4 grounds of mootness. IT IS FURTHER ORDERED that the clerk of the court shall transmit
5 a copy of this order to the United States Court of Appeals for the Ninth Circuit as full
6 compliance with that court's order of March 11, 2008, and for appropriate action by that
7 court in connection with the consolidated petitions for review. IT IS FURTHER ORDERED
8 vacating the writ of habeas corpus issued May 15, 2009.
9      DATED this 29th day of May, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge